UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALVIN SPRINGER,<br><br>　　　　　Defendant. | 2:92-CR-00181-PMP<br><br>**<u>ORDER</u>** |

Before the Court for consideration is Defendant Springer's Motion for Relief from Judgment Under 28 U.S.C. Rule 60(b)(6) and U.S.C. § 2255 (Doc. #346) filed April 28, 2011, and Plaintiff's Response in Opposition thereto (Doc. #348) filed May 13, 2011.  For the reasons set forth in the Government's response (Doc. #348) to Defendant's Motion the Court finds that Defendant Springer's Motion for Relief from Judgment Under 28 U.S.C. Rule 60(b)(6) and U.S.C. § 2255 (Doc. #346) is a successive habeas corpus petition which has not been certified by the Court of Appeals for the Ninth Circuit.  <u>United States v. Allen</u>, 157 F.3d 661, 664 (9th Cir. 1998) and <u>Thompson v. Calderon</u>, 151 F.3d 918, 921 (9th Cir. 1998).

**IT IS THEREFORE ORDERED that** Defendant Springer's Motion for Relief from Judgment Under 28 U.S.C. Rule 60(b)(6) and U.S.C. § 2255 (Doc. #346) is **DENIED**.

DATED:  May 24, 2011.

_____
PHILIP M. PRO
United States District Judge